No. 79–843. EXXON CORP. *v.* SOUTH CAROLINA TAX COMMISSION. Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. MR. JUSTICE STEWART took no part in the consideration or decision of this case.

No. 79–1615. HALL *v.* CALIFORNIA ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1678. BRIGGS *v.* CALIFORNIA EX REL. DEPARTMENT OF PARKS AND RECREATION. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6489. LINDEN *v.* NEW YORK. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1670. AVIS RENT-A-CAR SYSTEMS, INC. *v.* VINING ET UX. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.